THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CATHERINE NAPOLITANO, Also Known as CATHERINE DEROSA, Appellant.— Judgment of the County Court, Kings County, convicting appellant of the crime of perjury in the first degree and sentencing her thereon, reversed on the law and the facts and a new trial ordered. In our opinion greater latitude in the examination of the witness Rosenfeld should have been permitted, with regard to transactions claimed to have been had with the complaining witness in 1931, as such evidence might have tended to show the reason for the alleged execution of the assignment instrument and the identity of the person making the mark thereon. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK J. WALSH, on Behalf of JOSEPH FRANCO, Appellant, for a Writ of Habeas Corpus v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, New York, Respondent.— Order dismissing writ of habeas corpus and remanding the prisoner to the custody of the warden of Sing Sing Prison affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur. [176 Misc. 627.]

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of HELEN PETREGALLA, Respondent, v. VICTOR DIAZ, Appellant.— Appeal from an order in the Children's Court of Westchester County adjudging defendant to be the father of complainant's child and directing that he pay five dollars a week for the support of the child. Order unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.